**Charles POINTER, Appellant,**

v.

**RIVERVIEW GARDENS SCHOOL DISTRICT; Unknown Montgomery, former Assistant Principal at Riverview Gardens High School; Gwen Rosenfeld, Assistant Superintendent of Personnel, Appellees.**

No. 05–1567.

United States Court of Appeals, Eighth Circuit.

Submitted: March 2, 2006.

Decided: March 28, 2006.

---

Charles Pointer, St. Louis, MO, pro se.

Sarah E. Lawrence, Doster & Mickes, Thomas Aylward Mickes, Chesterfield, MO, for Appellees.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Charles Pointer appeals the district court's[1] adverse grant of summary judgment in his Title VII and state-law employment-discrimination case against Riverview Gardens School District and two of its employees. Pointer alleged that his termination from a substitute teaching position was based on his race and sex.

After de novo review, *see Kasper v. Federated Mut. Ins. Co.*, 425 F.3d 496, 502 (8th Cir.2005), we conclude the grant of summary judgment was proper for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

We also deny defendants' motion to take judicial notice and Pointer's motion for sanctions.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.